**United States Bankruptcy Court**
**Eastern District of Virginia**
Norfolk Division
600 Granby St., Room 400
Norfolk, VA 23510

**Case Number**  19−73695−FJS
**Chapter**  7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ian Guy West
5100 Dominion Dr.
Suffolk, VA 23435

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−3656

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## NOTICE OF REQUIREMENT TO FILE
## CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE
### (Official Form 423)

   Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file Certification About a Financial Management Course (Official Form 423)* as described in 11 U.S.C. § 111.
   Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 423 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 423 within 60 days after the first date set for the meeting of creditors under § 341. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 423, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated:   October 7, 2019

(ntcfnmgtvDec2015.jsp)

William C. Redden
Clerk of Court

*NOTE: Official Interim Form 423 (Certification About a Financial Management Course) must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See FRBP 1007(b)(7).

**ATTENTION DEBTORS:**

**Receive your court notices and orders by mail through the DeBN program.**
**Same−day delivery. Convenient Access. Free.**
**Go to *www.vaeb.uscourts.gov* for more information and to download the request form.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 19-73695-FJS
Ian Guy West                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-8          User: browntz            Page 1 of 1              Date Rcvd: Oct 07, 2019
                              Form ID: ntcfnm15        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2019.
db             +Ian Guy West,    5100 Dominion Dr.,   Suffolk, VA 23435-1414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2019 at the address(es) listed below:
              Clara P. Swanson    clara.swanson@verizon.net,  clarapswanson@yahoo.com;va10@ecfcbis.com
              John P. Fitzgerald, III    ustpregion04.no.ecf@usdoj.gov
              Todd D. Rothlisberger    on behalf of Debtor Ian Guy West trothlisberger@pbp-attorneys.com
                                                                                             TOTAL: 3