## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
__Norfolk_____ ▾ **Division**

In re   Ian Guy West

Case No.  19-73695-FJS

Debtor(s)

Chapter   7

Last four digits of Social-Security (SSN) No(s).: 3656____
Last four digits of Individual Taxpayer-Identification (ITIN) No(s).: _____
Employer Tax-Identification (EIN) No(s).: _____

[If Applicable]  Applies only to:

## NOTICE OF RESCHEDULED MEETING OF CREDITORS

        **NOTICE IS HEREBY GIVEN** that the meeting of creditors has been rescheduled to
November 26, 2019 at 1:00 pm_____ , and will be held at the Office of the United States Trustee at
200 Granby Street, Room 120, Norfolk, Virginia  23510_____ ▾.

        *[Chapter 13 Case Only]* **NOTICE IS FURTHER GIVEN** that pursuant to Local Bankruptcy Rule
3015-2(E), objections to confirmation of the Chapter 13 Plan or to related motions shall be filed not later than 7
days prior to the date set for the confirmation hearing.  Timely filed objections will be heard at the confirmation
hearing which has been rescheduled for _____ at _____ o'clock _____ at
_____.

In the Richmond and Alexandria Divisions, the Bankruptcy Court may confirm this plan without further notice if
no objection to confirmation is filed.  In the Norfolk and Newport News Divisions, a confirmation hearing will be
held even if no objections have been filed.

        Except for the dates and times set forth above, all other deadlines as set forth in the original notice of
meeting of creditors in this case remain in full force and effect.

        *[If appropriate]* **NOTICE IS FURTHER GIVEN** that,
_____ ,
has been appointed Substitute Interim Trustee of the estate of the above-named debtor(s) by the United States
Trustee.

NOTICE GIVEN BY

Date: _____ 10/11/19 _____

_____
Counsel for Debtor(s) *[or pro se Debtor(s)]*
Address:  4705 Columbus St., Suite 100
          Virginia Beach, VA 23462
State Bar Number:  45819
Telephone Number: 757-499-1841

### PROOF OF SERVICE
I hereby certify that a copy of the foregoing notice was mailed to the debtor(s), Trustee, or *[if appropriate]* Substitute Interim
Trustee, United States Trustee, and all creditors and parties in interest in the above case, as set forth on the attached list of
names and addresses.  *[If the number of persons and parties served is twenty-five or fewer, service copies shall contain a
complete certificate of service, including names and addresses of parties served.  If service is made on more than twenty-five
persons or parties, the certificate of service attached to the service copies need not contain the complete list of names and
addresses, but may reference a service list attached to the original filed with the court.]*

Date: _____ 10/11/19 _____

_____
Counsel for Debtor(s)*[or pro se Debtor(s)]*

[nrsch341 ver. 10/19]

Capital Lighting and Supply
8511 Pepco Place
Upper Marlboro, MD 20772


Cardmember Services
PO Box 108
Saint Louis, MO 63166-0108


David Schadlich
1876 Somerton Place
Virginia Beach, VA 23464


Focus Recovery
9701 Metropolitan Dr.
Richmond, VA 23236


Fora Financial Business Loans
242 W. 36th St.
14th Floor
New York, NY 10018


Fox Capital Group, Inc.
140 Broadway
New York, NY 10005


GMC Financial
PO Box 181145
Arlington, TX 76096


IGW Electric, LLC
2715 Monticello Ave
Suite B
Norfolk, VA 23517-1401


James Hall
127 Benfield Circle
Cartersville, GA 30121


John D. Purdy
Fullerton & Knowles PC
12642 Chapel Rd
Clifton, VA 20124

Kalamata Capital Group
80 Broad St.
12th Floor
New York, NY 10004


McCarthy Burgess & Wolfe
26000 Cannon Road
Cleveland, OH 44146


Roma Kirshbaum & Schmidt
4600 N. Hwy 6
Suite 101
Houston, TX 77084


Sunbelt Rentals
1012 Executive Blvd
Chesapeake, VA 23320


United Rentals
PO Box 100711
Atlanta, GA 30384-0711

Clara P. Swanson, Chapter 7 Trustee
708 Thimble Shoals Blvd, Suite 1
Newport News, VA 23606

Office of the United States Trustee
200 Granby St., Room 625
Norfolk, VA 23510